IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02219-BNB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

    Plaintiff,

v.

AMDUJAR,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, William Lee Lornes the III, also known as William Lee Lornes, currently is detained at the Denver Van Cise-Simonet Detention Center. The caption of this order has been corrected to include his alias. Mr. Lornes filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee.

On August 22, 2012, Magistrate Judge Boland entered an order (ECF No. 6) directing Mr. Lornes to file an amended complaint within thirty days that was legible, complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and alleged the personal participation of each named Defendant. The August 22 order warned Mr. Lornes that, if he failed to file an amended Prisoner Complaint as directed within the time allowed, the Prisoner Complaint and the action

would be dismissed without further notice.

On September 4, 2012, Mr. Lornes submitted an uncertified copy of his trust fund account statement (ECF No. 7) and various exhibits (ECF No. 8).  On October 16, 2012, after the deadline for filing an amended complaint expired, Mr. Lornes filed another uncertified copy of his trust fund account statement (ECF No. 9).  Mr. Lornes has failed within the time allowed to file an amended Prisoner Complaint as directed.  Therefore, the complaint and the action will be dismissed without prejudice for Mr. Lornes' failure to file an amended complaint as directed within the time allowed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Lornes files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 8 and Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, William Lee Lornes the III, within the time allowed, to file an amended complaint as directed in the order of August 22, 2012.  It is

FURTHER ORDERED that the clerk of the Court is directed to add the alias, William Lee Lornes, to the docketing records for this case.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  19th  day of  October , 2012.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court